AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

*U.S. DISTRICT COURT FILED AT WHEELING, WV  DEC 19 2013  NORTHERN DISTRICT OF WV  OFFICE OF THE CLERK*

| TAMMY J. FOLEY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.  5:12-CV-179 |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  purusant to F.R.C.P. 58, clerk is directed to enter judgment on this matter.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Frederick P. Stamp, Jr.

   IT IS ORDERED AND ADJUDGED that the Magistrate Judge's Report and Recommendation is Affirmed and Adopted in its entirety; Defendant's Motion for Summary Judgment is Granted;   Plaintiff's Motion For Summary Judgment is Denied; and this civil action is  DISMISSED  and STRICKEN from the active docket of this Court.

Date:  12/19/2013

CHERYL DEAN RILEY
*CLERK OF COURT*

/s/ S. O. Abraham
*Signature of Clerk or Deputy Clerk*